RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 1/13/2010
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ALECK L. BLACKWELL | CIVIL ACTION NO. 09-0968 |
| VS. | SECTION P |
| | JUDGE ROBERT G. JAMES |
| MADISON PARISH CORRECTIONAL CENTER | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 9], determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

**MONROE, LOUISIANA,** this 13 day of January, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE